**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **SESHA SAI VORREY** | § | |
|     **Plaintiff** | § | |
| | § | |
| **Vs** | § | **C.A. NO. 1:17-CV-222** |
| | § | |
| **CITY OF BROWNSVILLE, TEXAS** | § | |
|     **Defendant** | § | |

**DEFENDANT CITY OF BROWNSVILLE TEXAS' NOTICE OF REMOVAL**
_____

May It Please The Court:

NOW COMES, DEFENDANT, THE CITY OF BROWNSVILLE, TEXAS (hereafter "DEFENDANT") and files this Notice of Removal to the U.S. District Court for the Southern District of Texas, Brownsville Division, from a lawsuit filed in the 197th Judicial District Court for the State of Texas, in Cameron County, Texas styled and numbered as indicated in the pleadings attached as exhibits to this notice.

**PROCEDURAL HISTORY TO DATE**

1. Plaintiff filed his Original Petition on September 8, 2017 in the 197th Judicial District Court, sitting in Cameron County, Texas, identified as Cause No. 2017-DCL-06011.

2. Plaintiff's Petition named as DEFENDANT the City of Brownsville, Texas.

3. Plaintiff placed Defendant on notice of the petition on or about September 22, 2017.

**FEDERAL CLAIMS PLEADED**

4. Plaintiff's lawsuit complains that the DEFENDANT wrongfully terminated his employment with the City alleging unlawful employment practices based on race, color, and national origin; discrimination based on race, color and national origin; libel; quantum meruit; retaliation; and slander claims against the DEFENDANT under both Texas and Federal law.

5. More specifically, Plaintiff's Original Petition provides in pertinent part the following:

> Plaintiff provided valuable services or materials which Defendant City of Brownsville, accepted, used and enjoyed. Defendant knew that Plaintiff expected to be compensated for these services or materials, but failed to compensate Plaintiff. Plaintiff seeks recovery of his back pay, unpaid leave time (29 USC 2601), overtime (29 CFR 778.105), vacation time and benefits. *See Plaintiff's Original Petition, Quantum Meruit By City Of Brownsville, at Paragraph 16*.

## TIMELY REMOVAL

6. The Plaintiff's Petition is the first paper of any kind filed by Plaintiff reflecting an intention to pursue federally based claims, here, a claim for violation of his federal rights, which must necessarily be under 29 USC 2601 and 29 CFR 778.105.

7. It is therefore, apparent on the face of the Petition that this document constitutes an initial pleading that places Defendant on notice of an intention to pursue federally based claims, as per 28 U.S. C. 1446(b).

8. This removal action is also brought under 28 U.S. C. 1331, involving a civil action brought in State court in which a United States District Court has original jurisdiction to consider a claim or right arising under the United States Constitution.

9. Further, this Court has jurisdiction over any state-law based claims pursuant to its supplemental jurisdiction under 28 U.S.C. 1367.  Therefore, this suit is hereby removed to the Brownsville Division of the United States District Court-Southern District of Texas.

10. Copies of all pleadings and process filed in the state court proceeding are attached hereto and incorporated by reference, including a certified copy of the state court's docket sheet pertaining to this case.  See Index to Exhibits.

11. Notice of this removal action has been given to Defendant and to the 197th Judicial District Court. See Index to Exhibits.

12. For judicial economy, the entire case, including any issues raised under the Court's supplemental jurisdiction should be tried in a U.S. District Court.

13. This removal action is timely filed within thirty days of Defendant's receipt of an initial pleading containing federally based claims or causes of action. DEFENDANT has not done anything to divest this Court of removal jurisdiction over this lawsuit.

14. DEFENDANT has otherwise complied with the removal requirement of Local Rule 81, including the $400.00 removal filing fee (See attached Index to Exhibits)

## CONCLUSION & PRAYER

THEREFORE, for the foregoing reasons, DEFENDANT, THE CITY OF BROWNSVILLE, TEXAS hereby removes this action pursuant to federal law and prays that the Court sustain this removal from the 197TH Judicial District Court in Cameron County, Texas, to the United States District Court, Southern District of Texas, Brownsville Division, to determine all issues of fact and law.

DEFENDANT further requests that the Court grant any and all other relief to which it may show itself justly entitled.

SIGNED ON THIS 23rd day of OCTOBER, 2017.

Respectfully Submitted,

**DENTON NAVARRO ROCHA
BERNAL & ZECH**
A Professional Corporation
701 E. Harrison Ste 100
Harlingen, Texas 78550
956/421/4904
956/421-3621 (fax)

By:           *Ricardo J. Navarro*

RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So. Dist. ID No. 5953

*John-Michael W. Hayward*

JOHN-MICHAEL W. HAYWARD
State Bar No. 24087693
So. Dist. ID No. 2338770

**COUNSEL FOR DEFENDANT
CITY OF BROWNSVILLE, TEXAS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been served on the persons or parties identified below in accordance with one or more of the recognized methods of service by the Federal Rules of Civil Procedure on the 23rd day of OCTOBER, 2017.

Anthony P. Troiani                                   **By E-Filing Methods**
Attorney At Law
1927 Norfolk Street
Houston, Texas 77098
**COUNSEL FOR PLAINTIFF**

*Ricardo J. Navarro*

RICARDO J. NAVARRO
JOHN-MICHAEL W. HAYWARD

## INDEX TO EXHIBITS FILED IN SUPPORT OF REMOVAL NOTICE

A.    Plaintiff's Original Petition containing federally based pleadings.

B.    State Court Docket Sheet

C.    Notice of Removal filed in State District Court

D.    Complete certified copy of all pleadings, answers, and other papers contained in State District Court's file.

E.    Defendant's Certificate of Interested Parties.

### END OF INDEX TO EXHIBITS